NUMBER 13-05-251-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

JEREMY DANIEL GUZMAN,                                               Appellant,

v.

CASSANDRA CARLAN,                                                      Appellee.
___________________________________________________________________

On appeal from the 310th District Court 
of Harris County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, JEREMY DANIEL GUZMAN, attempted to perfect an appeal from a
judgment entered by the 310th District Court of Harris County, Texas, in cause
number 2004-19152. Judgment in this cause was signed on November 29, 2004. 
No timely motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant’s
notice of appeal was due on December 29, 2004, but was not filed until February 7,
2005. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 12th day of May, 2005.